**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00171-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DEREK BARRINGER,

      Defendant.

---

**ORDER
FOR  COMPETENCY AND MENTAL EXAMINATION**

---

**Blackburn, J.**

      Prior to commencement of the sentencing hearing set for October 2, 2009, the

government moved orally pursuant to18 U.S.C. § 4244 to vacate the sentencing hearing

and to set a hearing on the present mental condition of the defendant. The defendant

objected.

      Under 18 U.S.C. § 4244, I may and should hold a hearing on the present mental

condition of the defendant (1) if the defendant's or the government's ". . . motion is

supported by substantial information indicating that the defendant may presently be

suffering from a mental disease or defect for the treatment of which he is in need of

custody for care or treatment in a suitable facility," *see* § 4244(a); or (2) if I am ". . . of

the opinion that there is reasonable cause to believe that the defendant may presently

be suffering from a mental disease or defect for the treatment of which he is in need of

custody for care or treatment in a suitable facility, *see id.*

Based on the information in the Presentence Investigation Report, I am of the opinion that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility.  Accordingly, I should hold a mental condition hearing, which should be preceded by a psychiatric or psychological examination. *See* § 4244(b).

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing hearing is vacated and continued, pending further order;

2. That pursuant to 18 U.S.C. § 4244, a hearing to determine the mental condition of the defendant, or, in the alternative, a status conference shall be conducted on December 4, 2009, commencing at 8:30 a.m.;

3. That pursuant to 18 U.S.C. § 4244 (c), the hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d);

4. That prior to the hearing and pursuant to the provisions of 18  U.S.C. §§ 4244(b) and 4247(b), a psychiatric or psychological examination shall be conducted by a licensed or certified  psychiatrist or psychologist to be designated and provided by the Bureau of Prisons; provided, furthermore, that the Bureau of Prisons shall be responsible for arranging, scheduling, and coordinating the examination required by this order;

5. That the defendant, who is in the custody of the Attorney General, shall be

placed forthwith at the Federal Correctional Institution,[1] 9595 W. Quincy Avenue,

Englewood, Colorado 80123, or at some other suitable facility, for a period not to

exceed thirty (60) days to facilitate the psychiatric or psychological examination and to

implement the orders of this court;

6. That the licensed or certified psychiatrist or psychologist conducting the

psychiatric or psychological examination shall be granted reasonable access to the

defendant to facilitate the psychiatric or psychological examination and to implement the

orders of this court;

7. That if requested by the examiner, the probation department is authorized and

directed to provide a copy of the presentence report to the examiner;

8. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the

psychiatric or psychological examination of the defendant, a psychiatric or psychological

report shall be prepared by the licensed or certified psychiatrist or psychologist and

shall be filed with the court, with copies to counsel for the government and the

defendant;

9. That pursuant to the provisions of 18 U.S.C. §§ 4244(b) and 4247(c)(1)-(4),

the psychiatric or psychological report shall include the following:

      a.  The defendant's history and present symptoms;

      b.  A description of the psychiatric, psychological, and medical tests that
         were employed and their results;

---

[1]     Under **Fed.R.Evid. 201**, I take judicial notice 1) that the Federal Correctional Institution is a "suitable facility" as defined by 18 U.S.C. § 4247(a)(2) and as required by 18 U.S.C. § 4247(b); and 2) that the Federal Correctional Institution is the "suitable facility" closest to the court as required by 18 U.S.C. § 4247(b).

      c.  The examiner's findings;

      d.  The examiner's opinions as to the diagnosis and prognosis;

      e.  If the report includes an opinion by the examiner that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need;[2] and

10. That copies of this order shall be provided to and served on counsel for the parties, the warden of the Federal Correctional Institution, 9595 W. Quincy Avenue, Englewood, Colorado 80123, and the United States Marshal for the District of Colorado.

Dated October 7, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] This discrete opinion is required under 18 U.S.C. § 4244(b).